UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON, | : | CIVIL NO: 1:25-cv-01393 |
| | : | |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| | : | |
| DRANZO and REYNOLDS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**
October 30, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the pending motion to dismiss (*doc. 87*) is **DENIED**.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge